Martin Rogers
Jesse Kodadek
Jennifer Shannon
WORDEN THANE P.C.
321 W. Broadway St., Ste. 300
Missoula, MT 59802
(406) 721-3400
mrogers@wordenthane.com
jkodadek@wordenthane.com
jshannon@wordenthane.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| CAITLIN WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>NURTURE, INC.; JOHN DOES 1-50; AND ABC BUSINESSES 1-20,<br><br>*Defendants*. | Cause No.: 9:21-cv-00044-DLC<br><br>**NOTICE OF RELATED CASE** |

Plaintiff Caitlin Williams, individually and on behalf of all others similarly situated, notifies the Court that this case should be assigned to MDL No.: 2997, In re: Baby Food Marketing, Sales Practices and Products Liability Lit.

WORDEN THANE P.C.
*Attorneys for Plaintiff*


/s/ Martin Rogers
Martin Rogers